# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-52278
Case Name: TURNER, APRIL E
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Robert S. Thomas II | $ 350.03 | $ 34.60 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*  *Fees*  *Expenses*

**UST Form 101-7-TFR (9/1/2009)**



FILED 2010 MAY 10 PM 3:08 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $414.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7P | Ohio Department of Taxation | $ 414.07 | $ 414.07 |
| 7U | Ohio Department of Taxation | $ 0.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,878.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 4,746.75 | $ 40.86 |
| 2 | DISCOVER BANK | $ 4,116.08 | $ 35.44 |
| 3 | FirstMerit Bank | $ 221.07 | $ 1.90 |
| 4 | Chase Bank USA, N.A. | $ 10,569.62 | $ 90.97 |
| 5 | Chase Bank USA, N.A. | $ 18,271.94 | $ 157.26 |
| 6 | Chase Bank USA, N.A. | $ 16,295.11 | $ 140.25 |
| 8 | Wells Fargo Bank, N.A. | $ 1,633.90 | $ 14.06 |
| 9 | Midwest Verizon Wireless | $ 1,380.73 | $ 11.88 |
| 10 | Recovery Management Systems Corporation | $ 3,192.16 | $ 27.47 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,450.64 | $ 81.34 |

UST Form 101-7-TFR (9/1/2009)

*[handwritten: Ck # 113]*
*[handwritten: Receipt # 81460]*